CO-194
(Rev. 2/07)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>VS.            )<br>)<br>)<br>_Ronald Dewitt_ )<br>Defendant      ) | Criminal Case No. _07-38414-01_<br><br>**FILED**<br><br>AUG 0 2 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

　　Upon consideration of the motion by the Government/Defendant for an examination of the mental competency of the defendant, pursuant to Title 24, Section 301, of the District of Columbia Code, and the representations made in support thereof, it is this __2nd__ day of __August__, 20__07__,

　　ORDERED, that defendant be examined by the psychiatric staff of the Legal Services Division, and that after such examination a report be made to this Court as to:

　　(1)   Whether the defendant is presently mentally competent to understand the proceedings against him or her and to properly assist in the preparation of his or her defense; and

　　(2)   If the answer to the preceding paragraph is in the negative, does the examining psychiatrist believe the defendant should be transferred to a mental hospital for further examination and treatment?

　　IT IS FURTHER ORDERED, that the United States Marshal, or his designated deputy, transport the above named defendant to the Cellblock in the Superior Court for the District of Columbia on the __3rd__ day of __August__, 20__07__, for the purpose of a preliminary psychiatric examination.

United States District/Magistrate Judge