UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-384M (DAR)** |
| | : | |
| **v.** | : | |
| | : | |
| **RONALD DEWITT,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

      The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Aaron Mendelsohn, at telephone number (202) 514-9519 and/or email address Aaron.Mendelsohn@usdoj.gov . Aaron Mendelsohn will substitute for Assistant United States Attorney Angela S. George Truscott as counsel for the United States.

      Respectfully submitted,

      JEFFREY A. TAYLOR
      United States Attorney


      _____
      AARON MENDELSOHN
      Assistant United States Attorney
      Federal Major Crimes Section,
      555 4th Street, NW, Room 4239
      Washington, DC 20530
      (202) 514-9519
      Aaron.Mendelsohn@usdoj.gov