UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Court Case No: 07-384-M |
| v. | : |
| RONALD DEWITT, | : |
| Defendant. | : |

**FILED**

AUG 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AMENDED ORDER

1. This matter having come before the Court on the motion of the United States that the defendant be ordered to appear in a line-up, it is this 7th day of August 2007,

2. Ordered, that the U.S. Marshals transport the defendant, Ronald Dewitt, on the morning of August 14, 2007, to the U.S. District Court cellblock in Washington, D.C., and from there release him to the custody of Metropolitan Police Department Detective Richard Hamilton, who will then take the defendant to the Central Cell-Block, and then to the line-up facility, Metropolitan Police Department Headquarters, at 12:00 Noon on August 14, 2007, for the purpose of appearing in a line-up to be viewed by witnesses to an offense, it is

3. Ordered, that the Metropolitan Police Department Officers escorting prisoners to the line-up and conducting this line-up may take all actions deemed necessary to assure the safety of the law enforcement officers participating in the line-up and to assure the defendant's presence in the line; if the defendant is released on bond, it is

4. Ordered, that the defendant be present at 300 Indiana Ave., N.W., Room 3058, Washington, D.C. Metropolitan Police Department Headquarters at 12:00 Noon on August 14, 2007, for the purpose of appearing in a line-up and that such appearance is a condition of his being released on bond, it is

5. Ordered, that the defendant not alter his facial or bodily appearance prior to the time of the line-up, it is

6. Ordered, that upon completion of the line-up process, the defendant shall be returned by the Metropolitan Police Department Officers no later than 3:00 p.m. to the cellblock at the United States District Court at 333 Constitution Avenue, N.W., Washington, D.C. for further transport back to the D.C. Jail by the U.S. Marshals, it is further

7. Ordered, that the defendant's counsel, Tony Miles, AFPD, attend and represent the defendant at the above-ordered line-up.

_____
JUDGE

## STATEMENT OF POINTS AND AUTHORITIES ( by Paragraph)

1. *United States v. Wade*, 388 U.S. 218 (1967)
   *Adams v. United States*, 130 U.S. App. D.C. 203, 399 F2d 574 (1968)
   *United States v. Eley*, 286 A2d 239 (D.C. App. 1972) (Eley I)
2. (a) *United States v. Eley* (Eley II), 287 A.2d 830, 831 (D.C. 1972)
   "nothing in (cited Cases) sets the outer limit of other suspected offenses, which an "Adams" line-up order may include...at offenses of a similar modus operandi..."
   (b) *United States v. James Anderson*, 352 F. Supp. 33, 35, (D.C., 1972),, aff'd, 490 F.2d 785 (D.C. Cir. 1974).
   "Once an accused is lawfully in custody for one offense, the Government may place him in a line-up for any number of offenses if chooses without prior court authorization, so long as it can otherwise assure the presence of counsel at the line-up..."
   (c) Also *Rigney v. Hendrick*, 355 F.2d 710 (3rd Cir. 1965) where a line-up was approved where subject under indictment for one charge, were put in the line for a completely different charge.
3. *United States v. Cunningham*, 509 F.2d 961, 166 U.S. App. D.C. 206 (1975)
4. Cf. *United States v. Gregory*, 410 F.2d 1016, 133 U.S. App. D.C. 317 (1969), *cert. denied*, 396 U.S., 865.