**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| | : | |
| **v.** | : | **Magistrate No. 07-384** |
| | : | |
| **RONALD DEWITT,** | : | **VIOLATION: 18 U.S.C. § 2113(a)** |
| | : | **(Bank Robbery)** |
| **Defendant.** | : | |

**I N F O R M A T I O N**

The United States informs the Court:

**COUNT ONE**

On or about May 8, 2007, within the District of Columbia, **RONALD DEWITT**, by force and violence, or by intimidation, took from the person or presence of another, property or money belonging to, or in the care, custody, control, management, or possession of PNC Bank, an institution located at 2000 Martin Luther King Avenue, S.E., the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

JEFFREY A. TAYLOR
United States Attorney

By:    _____
AARON H. MENDELSOHN
Assistant United States Attorney
D.C. Bar No. 467-570
United States Attorneys Office
Federal Major Crimes Section
555 4th Street, N.W. (Room 4239)
Washington, D.C.  20530
(202) 514-9519