IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES                    ) | |
|                           ) | |
|   v.                    ) | Criminal No. 07–216 (RMU) |
|                           ) | |
| RONALD DEWITT,           ) | |
|                           ) | |
|   Defendant.               ) | |
| _____) | |

**DEFENDANT'S UNOPPOSED REQUEST FOR A PRE-PLEA PRELIMINARY
CRIMINAL HISTORY REPORT BY THE UNITED STATES PROBATION OFFICE**

      Defendant, Ronald DeWitt, through undersigned counsel, respectfully requests that this Court order the United States Probation Office to prepare a preliminary pre-plea criminal history report for this case. In support of this request, Mr. DeWitt states as follows:

      1.      On July 28, 2007, Mr. DeWitt was arrested in connection with a bank robbery that occurred on May 8, 2007. On July 30, 2007, Mr. DeWitt first appeared in the United States District Court in Washington, D.C. in relation to the instant case.

      2.      Shortly after Mr. DeWitt's arrest, Mr. DeWitt's counsel and counsel for the government began having negotiations in an effort to resolve this matter pre-indictment. Because it appears that the parties will resolve this matter, Mr. DeWitt's counsel consented to the filing of an Information which charges Mr. DeWitt with one count of Bank Robbery, in violation of 18 U.S.C. § 2113(a). Undersigned counsel anticipates that Mr. DeWitt will enter a guilty plea to the Information which has been filed in this case.

      3.      Because it appears that Mr. DeWitt has some dated convictions and because it is unclear whether some of his apparent prior convictions constitute crimes of violence or serious drug offenses, the parties are having difficulty determining the seriousness of Mr. DeWitt's

criminal history.  Accurate information regarding Mr. DeWitt's criminal history is critical in assisting the parties as they attempt to negotiate a fair plea agreement and such information is needed in order to assist Mr. DeWitt's counsel in advising Mr. DeWitt of his statutory and sentencing guidelines exposure upon conviction in this case.  Attorneys for both the United States and Mr. DeWitt have discussed the preparation of a pre-plea preliminary criminal history report by the United States Probation Office and both attorneys agree that such a report will significantly aid in resolving this matter.

4.  Undersigned counsel understands that it is not uncommon for the parties in a criminal case to request that the United States Probation Office prepare a pre-plea preliminary criminal history report.  Undersigned counsel further understands that the Probation Office routinely prepares such reports when so ordered by the Court.

WHEREFORE, for the reasons set forth above, Mr. DeWitt respectfully requests that the Court order the United States Probation Office to prepare a pre-plea preliminary criminal history report for the instant case and to provide copies to the parties as soon as the report is completed.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| v. | )   Criminal No. 07–216 (RMU) |
| | ) |
| **RONALD DEWITT,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The Court has considered defendant's unopposed request for the United States Probation Office to prepare a pre-plea preliminary report regarding Ronald DeWitt's criminal history, and the entire record in this matter, and it appears to the satisfaction of the Court that defendant's motion should be granted.  Accordingly, it is this _____ Day of __September__, 2007,

**ORDERED** that the United States Probation Office shall prepare a pre-conviction preliminary report regarding Ronald DeWitt's criminal history, and provide it to the Court and the parties on or before _____, 2007.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Court Judge

**Copies To:**

Aaron Mendelsohn, AUSA
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20001

Tony W. Miles, AFPD
Office of the Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004

Pre-Sentence Investigation Unit
United States Probation Office
United States District Court - 2nd Floor