UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
              v.              :    Criminal Action No.: 07-216 (RMU)
                              :
RONALD DEWITT,                :
                              :
              Defendant.      :

**ORDER**

It is this 17th day of September 2007,

**ORDERED** that the plea hearing in the above-captioned case scheduled for September 18, 2007 is hereby **VACATED** and **RESCHEDULED** for October 29, 2007 at 2:00 p.m.

**SO ORDERED**.

FILED
SEP 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Ricardo M. Urbina
United States District Judge