IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Criminal No. 07–216 (RMU) |
| | ) | |
| RONALD DEWITT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FILED**

SEP 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

The Court has considered defendant's unopposed request for the United States Probation Office to prepare a pre-plea preliminary report regarding Ronald DeWitt's criminal history, and the entire record in this matter, and it appears to the satisfaction of the Court that defendant's motion should be granted. Accordingly, it is this  17th  Day of   September  , 2007,

**ORDERED** that the United States Probation Office shall prepare a pre-conviction preliminary report regarding Ronald DeWitt's criminal history, and provide it to the Court and the parties on or before   10/19/2007  , 2007.

**SO ORDERED**.

Ricardo M. Urbina
United States District Court Judge

**Copies To:**

Aaron Mendelsohn, AUSA
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001

Tony W. Miles, AFPD
Office of the Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004

Pre-Sentence Investigation Unit
United States Probation Office
United States District Court - 2nd Floor