UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 07-216 (RMU) |
| RONALD DEWITT, | : | |
| Defendant. | : | |

**ORDER**

**FILED**
OCT 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 29th day of October 2007, hereby

**ORDERED** a _status_ hearing in the above-captioned case shall take place on _Nov. 26, 2007_ at _2:30_.

**SO ORDERED**.

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge

