UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No. 07-216 (RMU) |
| : | |
| **v.** : | |
| : | |
| **RONALD DEWITT,** : | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S UNOPPOSED MOTION
TO CONTINUE STATUS DATE**

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves for a continuance in this matter. In support of this request, the government states as follows:

    1. On October 29, 2007, the Court held a status hearing in the above-captioned case during which defense counsel requested additional time to have the defendant evaluated by an independent psychologist before a decision is made as to whether the defendant will plead guilty to the Information filed in this case. The Court granted the defendant's request and scheduled the next status hearing for November 26, 2007.

    2. The undersigned Assistant assumed responsibility for this case one week ago, and was unable to attend the October 29, 2007, status hearing due to a previously scheduled medical procedure. At the time the November 26th status date was scheduled, stand-in counsel was unaware that the undersigned Assistant had approved annual leave from November 21 - 26, 2007.

    3. The government has spoken to defense counsel Tony Miles and he does not oppose this continuance. Both parties are available any time the following day, November 27th, any time

on November 29th, or after 3:00 p.m. on November 28th.

## CONCLUSION

WHEREFORE, the government hereby respectfully requests a continuance of the status date to a date convenient for the Court and the parties after November 26, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


By: _____/s/_____
JEAN W. SEXTON
ASSISTANT U.S. ATTORNEY
NJ Bar 02122-1995
Federal Major Crimes Section
United States Attorney's Office
555 Fourth Street, N.W., Room 4235
Washington, D.C. 20530
Phone: (202) 305-1419
Jean.Sexton@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-216 (RMU) |
| | : | |
| v. | : | |
| | : | |
| **RONALD DEWITT,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter came before the Court on the Government's Unopposed Motion to Continue Status Date.

Upon consideration of the Motion, and the entire record herein, and upon a finding of good cause shown, it is hereby

**ORDERED**, this _____ day of November 2007, that the Motion is **GRANTED**, and it is further

**ORDERED**, that the status date of November 26, 2007, at 2:30 p.m., is hereby vacated, and it is further

**ORDERED**, that the status date is rescheduled to the _____ day of _____, 2007, at _____.

_____
JUDGE RICARDO M. URBINA

_____
Date


Copies to:
Tony Miles, Esq.
AUSA Jean W. Sexton