UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-216 (RMU) |
| v. | : | |
| RONALD DEWITT, | : | **FILED** |
| Defendant. | : | NOV 2 - 2007 |
| | | NANCY MAYER WHITTINGTON, CLERK |
| **ORDER** | | U.S. DISTRICT COURT |

This matter came before the Court on the Government's Unopposed Motion to Continue Status Date.

Upon consideration of the Motion, and the entire record herein, and upon a finding of good cause shown, it is hereby

**ORDERED**, this 2nd day of November 2007, that the Motion is **GRANTED**, and it is further

**ORDERED**, that the status date of November 26, 2007, at 2:30 p.m., is hereby vacated, and it is further

**ORDERED**, that the status date is rescheduled to the 27th day of November, 2007, at 10:00 am.

_____
JUDGE RICARDO M. URBINA

11/2/2007
Date

Copies to:
Tony Miles, Esq.
AUSA Jean W. Sexton