UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 07-216 (RMU)
:
Ronald DeWitt, :
:
Defendant. :

**FILED**

NOV 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 27th day of November 2007,

ORDERED that a _status_ hearing in the above-captioned case shall take place on Dec. 18, 2006 at 3:15.

SO ORDERED. 3161 H(1)(a) exclusion of speedy trial period

_____
Ricardo M. Urbina
United States District Judge