UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            :
                                     :
v.                                   : CRIMINAL No. 07-216 (RMU)
                                     :
RONALD DEWITT                        :
                                     :
_____:

**FILED**
DEC 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

Upon consideration of defendant's oral motion for a psychiatric or psychological evaluation and report pursuant to 18 U.S.C. §4241(b), it is this 7th day of December, 2007 hereby

**ORDERED** that defendant Ronald Dewitt is committed to the custody of the Attorney General for placement in a suitable facility for a reasonable period not to exceed thirty days for determination of whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and it is

**FURTHER ORDERED** that the examination shall be conducted pursuant to the provisions of 18 U.S.C. § 4247(b) and that a report shall be filed pursuant to the provisions of 18 U.S.C. § 4247(c).

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>

AFPD Tony Miles
AUSAs Jean Sexton and David Saybolt