UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 07-0216 (RMU) |
| RONALD DEWITT, | : | |
| Defendant. | : | |

**ORDER**

FILED
DEC 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

At the suggestion of the parties, it is this 14th day of December 2007,

**ORDERED** that the status hearing in the above-captioned case scheduled for December 18, 2007 is hereby **VACATED** and **RESCHEDULED** for January 29, 2008 at 1:30 p.m.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge